**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6134**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

THOMAS LEE JACKSON,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:92-cr-00214-CMH)

Submitted: June 15, 2007                    Decided:  June 20, 2007

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Lee Jackson, Appellant Pro Se.  Michael Edward Rich, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Lee Jackson appeals the district court's orders denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2000) and subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Jackson, No. 1:92-cr-00214-CMH (E.D. Va. filed Dec. 12, 2006 & entered Dec. 13, 2006; filed Jan. 3, 2007 & entered Jan. 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED